# EXHIBIT A

Macarena Tijerina
3006 Prairie Place
Sugar Land, TX. 77479

**PROOF OF SERVICE**

I, **Macarena Tijerina**, the undersigned, certify, and do declare I am over the age of 18 years, to the attached foregoing cause of action on the Feb. 21, 2014 I served a true copy of:

**REQUEST FOR EMRGENCY MEDICAL ATTENTION AND REQUEST FOR TRANSFER AND RQUEST FOR INCIDENT REPORT**

By depositing it in post office, postage fully Prepaid, thereto and personally turned over to an United States Post Office to be served upon the following:

**REEVES COUNTY DETENTION CENTER COMPLEX (R1 & R2)**
**98 West County Rd. 204**
**P. O. Box 1560**
**Pecos, TX. 79772**

I WILL TESTIFY UNDER THE PENAL AND PERJURY THAT THIS IS A TRUE. THE ITEMS WERE MAILED FIRST CLASS MAIL ON THE DATE BELOW.

Respectfully Submitted

Date: Feb. 21, 2014

____________________________

Macarena Tijerina

Macarena Tijerina
3006 Prairie Place
Sugar Land, TX. 77479

Mr. Tijerina also feels that his life is in danger at this current facility, his life is at risk while incarcerated, there is prove of abuse and assault, there is collective evidence in which the facility refuse to provide. This formal written request.

Thank you for your time on this important and urgent matter.

Date: Feb. 21, 2013

Macarena Tijerina

Macarena Tijerina
3006 Prairie Place
Sugar Land, TX. 77479

reasonable doctor or patient would perceive the medical need in question as important and worthy of comment or treatment; (2) whether the medical condition significantly affects daily activities; and (3) the existence of chronic and substantial pain." Additionally, courts will be likely to find a "serious medical need" if a condition "has been diagnosed by a physician as mandating treatment or ... is so obvious that even a lay person would easily recognize the necessity of a doctor's attention." Is Mr. Tijejrina case.

The Eighth Amendment requires that prison officials provide a system of ready access to adequate medical care. Prison officials show deliberate indifference to serious medical needs if prisoners are unable to make their medical problems known to the medical staff or if the staff is not competent to examine the prisoners, diagnose illnesses, and then treat or refer the patient. The prison must also provide an adequate system for responding to emergencies. If outside facilities are too remote or too inaccessible to handle emergencies promptly and adequately, then the prison must provide adequate facilities and staff to handle emergencies within the prison. See *Clement v. Gomez*, 298 F.3d 898, 904 (9th Cir. 2002), *Estelle v. Gamble*, 429 U.S. at 104. See Also *Brock v. Wright*, 315 F.3d 158, 162 (2nd Cir. 2003).

Mr, Tijerina have the right to adequate medical care and is protected by the Eighth Amendment to the U.S. Constitution. The leading case dealing with the rights of prisoners to medical care, from an Eighth Amendment perspective, is Estelle v. Gamble 429 U.S. 97, 97 S.Ct. 285 (1976).

There are two parts to the test set forth in Estelle. First, a prisoner must show that officials were "deliberately indifferent" to his/her medical needs. Second, the needs must be "serious". The definition of "serious needs". A Mr. Tijerina condition is very delicate at the point that he can have a stroke as consequences of his medical need. Ramsey v. Ciccone, 310 F.Supp. 600 (W.D. Mo.1970).

**REQUEST FOR TRANSFER**

We are requesting prison transfer for our brother Manuel Tijerina based of several instances in which involve the distance, medical attention, and avoid his death.

Our brothers have been sent to a prison far away from his family, it is hart to visit him, we requesting be transfer so that our family members can visit. We are aware that the warden cannot possibly grant every request for a prison transfer he receives.

Mr. Tijerina has a medical condition that cannot be adequately treated at the current facility.

Macarena Tijerina
3006 Prairie Place
Sugar Land, TX. 77479

**REEVES COUNTY DETENTION CENTER COMPLEX (R1 & R2)**
98 West County Rd. 204. P. O. Box 1560 Pecos, TX. 79772

Dear Mr. Lavaugatn Ganto
Asisstant Warden of Program

I write to you out of deep concern for the current state of health on my brother Manuel Tijerina No. 10638279 who is serving time in this facility. I am aware that Prison officials are obligated under the Eighth Amendment to provide prisoners with adequate medical care. This principle applies regardless of whether the medical care is provided by governmental employees or by private medical staff under contract with the government.

This is the second letter we have been send to the facility, the first letter was send on 1/27/2014 directed to Ms. Fuentes case manager which has not been responded. On the week between 17 and 21 of Feb. personal in charge in your office has call Mr. Manuel Tijerina showing the letter we have send on 1/27/2014, and mocking responded he will not be transferred nowhere, because he don't want to.

Our brother Manuel Tijerina has requested several time for medical attention, I will not argue that my brother has a crime and is serving time as mandated by law. My brother's health has suffered in the confinement of the local prison.

We have been informed that he is suffering from heart disease, high blood pressure, cholesterol, and diabetes, we have been informed that is not receiving his medication for cardio vascular device, he is about to suffer a fatal stroke as consequences of his medical need it. We have been informed that he is requesting medical attention without being responded. (See Attach A request for medical Attention).

Urgently needs to be transferred to a hospital for immediate attention, and be urgently to be transferred to deferent facility in order to receive an appropriate medical attention. Mr. Tijerina has suffered an assault in the facility on November 2013, he was attacked by other prisoners while sleeping, we are requesting his medical record, additionally we are requesting report of the incident when was attacked. Mr. Tijerina file a request for incident report, in respond said the He cannot have that material in possession, (See Attach B). We are asking that you kindly allow a medical doctor to us, along with the incident report from Nov. 2013. By saving his life, he can serve time for his punishment and justice can be serve to those he has harmed.

I and all here who share my concern would be gratified by a reply from you as soon as possible. We want you to know that our concern for the basic rights of humans is not of a political nature, but of familial concern.

The Eighth Amendment prohibits the "unnecessary and wanton infliction of pain. "Some factors courts have considered in determining whether a "serious medical need" is at issue are "(1) whether a

RECEIVED
By

**THE GEO GROUP, INC.**

**Big Spring Correctional Center**

**{ } Airpark { } Cedar Hill {X} Flightline { } Interstate**

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** Sr. Guardian [illegible] 2/22/13

**(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)**

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Con todo respeto le quisiera pedir si por favor me podria dar el dia 11 de marzo una visita [illegible], porque viene mi madre desde Montana [illegible] mis hijos, es por eso que lo pido a usted [illegible] el dia [illegible] de marzo de 2013, de antemano se lo [illegible] gracias

**(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)**
**(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)**

**NAME/NOMBRE:** [illegible] **No./Numero:** [illegible]

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** ______ **UNIT/UNIDAD:** [illegible] 810

**NOTE:** If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

**NOTA:** Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

**DISPOSITION: (DO NOT WRITE IN THIS SPACE)**

**DATE/FECHA:** ______

**DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)**

______

Officer/Official

RECEIVED
FEB 2 3 2013
By________

# The GEO Group, Inc.

**BIG SPRING CORRECTIONAL CENTER**

{ } Airpark { } Cedar Hill { } Flightline { } Interstate

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: [illegible]
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

[illegible] en una celda por un W.S. 13 y [illegible] son una pandilla [illegible] no me siento seguro [illegible] estoy [illegible] porque no lo [illegible] [illegible]

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel [illegible] No./Numero: [illegible]

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ________ UNIT/UNIDAD: 7 810

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 2-28-13
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Releasing to GP

[signature] Officer/Official

IM-005 ATTACHMENT A

mismo no se a quien acudir por favor ayudeme con mi problema, tambien quiero saber los resultados de el dia que fui al hospital por 5 dias por mi problema del corazon quisiera tener el reporte de todo nesesito ayuda por favor.

gracias

Att.

Manuel [signature]

RECEIVED
R.P. HSAA

JUN 27 2012

HEALTH SERVICE ADMINISTRATION

JUN 25 2012

THE GEO GROUP, INC.
Big Spring Correctional Center

[ ] Airpark [ ] Cedar Hill [ ] Flightline [✓] Interstate

INMATE REQUEST TO A STAFF MEMBER
PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Sr. Farquhar 6/20/12
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

me permito pedirle si me puede ayudar nesesito un soporte para mi cintura pues estoy herniado y nesesito un soporte para el trabajo y otro para mi brazo, porque despues de los golpes que recibi de los paises me quedo muy lastimado el cuerpo nesesito su atención por Favor ayudeme y tengo mucho probleme con el balance o equilibrio

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina H. No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: Cocina UNIT/UNIDAD: E-01-02

I04-023L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su petición, puede ser dispuesta mas rápida y inteligentemente. Usted será entrevistado si es necesario para poder manejar su petición satisfactorimente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna acción.

D
D
D

**Submit a sick call request form and watch the call-outs for your appointment.**

Rose Perez, HSAA JUN 27 2012

Officer/Official

RECEIVED MAR 7 2013 By

THE GEO GROUP, INC.

Big Spring Correctional Center

RECEIVED { } Airpark { } Cedar Hill {X} Flightline { } Interstate

SHU

MAR 19 2013 HEALTH SERVICE ADMINISTRATION

INMATE REQUEST TO A STAFF MEMBER

PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Miss. Corvajal 3/4/13

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

Referred to Medical 3/7/13

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Nesesito que hable con el doctor o las Enfermeras pues ya tengo mas de 20 días sin la pastilla plavix, para mi es muy importante esa pastilla pues yo tengo stents y no quiero tener otro infarto o algo peor, ya les dije varias veces y no tengo respuesta de todo eso nesesito esa pastilla gracias

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: X UNIT/UNIDAD: Shu 810

208-101 UMD

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

DATE/FECHA:

DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Your meds are in the nurse will distribute them to you

Rose Vega
Medical Admin. Assistant

MAR 19 2013

Officer/Official

RECEIVED
MAR 10 '13

THE GEO GROUP, INC.
Big Spring Correctional Center

{ } Airpark { }Cedar Hill {X} Flightline { } Interstate

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: ~~[illegible]~~ WARDEN DOBBS
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Quisiera saber que van a hacer
con migo pues ya tengo 7 meses
[illegible] por algo que no fue mi culpa
y quiero saber que va a pasar porque ya
estoy muy deprimido por todo esto

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel [illegible] No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ✓ UNIT/UNIDAD: [illegible] 810

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DATE/FECHA: ____________
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Officer/Official

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

1. Institution: BSC AIRPARK UNIT — 2417925

**Part I - Incident Report**

| 2. Inmate's Name | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| Tijerina-Herrera, Manuel | 10638-279 | 03-01-2013 | 12:25 pm |
| 6. Place of Incident | 7. Assignment | 8. Unit | |
| Compound office | Un-assigned | A01-114L | |

9. Incident: Refusing a program assignment

10. Code: 306

11. Description Of Incident (Date: 03-01-2013 Time: 12:25 pm Staff became aware of incident)

On 03-01-2013 at approximately 12:24 pm Inmate Tijerina-Herrera, Manuel 20638-279 walked into compound Office and told me he wanted to be placed in administrative detention and could not be in the general population at the Airpark Unit. I asked him who told him to leave or threatened him if he did not leave. He stated that he could not identify those inmates. At 12:25 pm I ordered inmate Tijerina-Herrera, Manuel back to the compound and he refused by saying, "No, I do not want to go back to this yard". The Inmate was then escort to R & D pending transfer to the Flightline Special Housing Unit. Inmate Tijerina-Herrera, Manuel was identified by his Identification card and GEO track photo.

12. Typed Name/Signature of Reporting Employee: J. Juarez/ [signature]

13. Date And Time: 03-01-2013, 12:38 pm

14. Incident Report Delivered to Above Inmate By (Type Name/Signature): [signature]

15. Date Incident Report Delivered: 3-01-13

16. Time Incident Report Delivered: 1:00 p.m.

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident: That they jumped me here at Flightline. Those guy that jumped me, and they were at Airpark Now. I can't walk any of the yards. It wasn't by the captain. I was in laundry area.

18. A. It is the finding of the committee that you:

- X Committed the Prohibited Act as charged.
- ___ Did not Commit a Prohibited Act.
- ___ Committed Prohibited Act Code(s)

B. ___ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. X The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows: Based on Self admission

Based on Body of Report

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act): LS Visitation 3 months begin 3-11-13 end 6-11-13

21. Date And Time Of Action 330 / 3-7-13 (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature): [signature] — Member (Typed Name): [signature] — Member (Typed Name)

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.
DISTRIBUTE: ORIGINAL-Central File record; COPY-1- DHO; COPY-2- Inmate After UDC Action; COPY-3- Inmate within 24 hours of Part I Preparation.

RECEIVED
R.P. HSAA

JUN 27 2012

HEALTH SERVICE ADMINISTRATION

JUN 25 2012

THE GEO GROUP, INC.
Big Spring Correctional Center
[ ] Airpark [ ] Cedar Hill [ ] Flightline [✓] Interstate

INMATE REQUEST TO A STAFF MEMBER
PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Medico Dr. P. Flores 6/20/12
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Ya he puesto Sick Call para poder ver y ser atendido por un medico no por enfermeros por favor quisiera pedirle si me pueden atender pues me siento muy mal por no tener atencion de parte de un Doctor, me siento mal y no puedo tener equilibrio o balance despues de la golpizas que me dieron los paisas en Flightline y por lo →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina H. No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: Cocina UNIT/UNIDAD: E-01-02

I04-023L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su petición, puede ser dispuesta mas rápida y inteligentemente. Usted será entrevistado si es necesario para poder manejar su petición satisfactoriamente. Su negligencia en declarar su problema ... en que no se tome alguna acción.

**Submit a sick call request form and watch the call-outs for your appointment.**

JUN 27 2012

Rose Perez, HSAA
Officer/Official

2)

RECEIVED
SEP 2 5 2012
By: Erica Cobos

# CORNELL COMPANIES, INC.

{ } Airpark {X } Cedar Hill { } Flightline { } Interstate

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Senior Warde
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

I need to Comout of the SHU Ihave 2 months Beacauce of my medical Problem I am Sick from my Heart, to be good tacken care of. my wife is talking to my Lawyer I have Done Nothing wrong o Bad It's only a Investigation It tackes to long

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina V. No./Numero: 10638229

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ____ UNIT/UNIDAD: Shu

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DATE/FECHA: 9-26-12
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)
You will not be released until the SIS investigation is completed.

Warden Jones
Officer/Official

COPOUT FORM

**ADMINISTRATIVE DETENTION ORDER** (BP-308)

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

# INMATE'S COPY

BSCC – GEO - Cedar hill Unit
Institution

Date/Time: 11-30-2012 / 11:00pm

TO: Special Housing Unit Officer
FROM CS. J. Calk , (Name/Title)
SUBJECT: Placement of __Mauel , Tijerina_____Reg. No. #10638-279 in Administrative Detention.

_______ (a) Is pending a hearing for a violation of Bureau regulations;

52

____ (b) Is pending investigation of a violation of Bureau regulations;

_______ (c) Is pending investigation or trial for a criminal act;

____ (d) Is to be admitted to Administrative Detention.

__X___ (1) since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature /Reg. No. ____________________

Staff Witness Printed Name & Signature ____________________

______ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

______ (e) Is pending transfer or is in holdover status during transfer

___ _(f) Is pending classification; or
______ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Senior Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because

**Inmate Mauel , Tijerina #10638-279 is being placed in administrative detention pending SIS investigation**

Therefore, the above named inmate is placed in Administrative Detention until further notice. The inmate received a copy of this order on (date/time) _11-30-2012 / 11:05pm

Staff Witness Signature/Printed Name ____________________ Date: 11-30-2012

In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.




BSCC/GEO GROUP, INC.

{ } Airpark { } Cedar Hill { } Flightline { } Interstate

INMATE REQUEST TO A STAFF MEMBER

~~PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL~~

TO/PARA: Mrs. Carvajal 3/13/13

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Ya le he mandado 2 Copout y no me contesta, me puede decir porque estoy en el poso, cual es la razon ... contestame ... que esta pasando.

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel ... No./Numero: 1063877

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: 813

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

DATE/FECHA: 3/20/13

Tú estás en espera de una evaluación de la amenaza

Officer/Official

**The Geo Group Inc.**
**FLIGHTLINE UNIT**

RECEIVED APR 01 2013

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Case Manager Carvajal
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Quisiera pedirle una llamada a mi familia para avisar sovre mi estado de salud despues del atanque de corazon que sufri y esten mas tranquilos, y al mismo tiempo si me puede infomar sobre mi transfer.
Gracias

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: None UNIT/UNIDAD: SHU 813

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DATE/FECHA: 4-1-13
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Approved. Usted puede hacer su llamada mañana despues del almuerzo.

[signature]
Officer/Official

COPOUT FORM

RECEIVED
APR 01 2013
By

**FLIGHTLINE UNIT**

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** Miss. Treviño Counselor/Case Manager
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Quisiera saver como van con mi transfer pues yo tengo 8 meses en el SHU y me dicen una cosa y al mes me dicen otra, quiero que porfavor usted me puede decir la verdad pues me traen a puras mentiras, o si es tan amable de venir a ablar conmigo para explicarle yo todo lo que esta afectando fisicamente moral mente todo esto pues acavo salir del hospital pues tengo problemas cardiovasculares, diabetis colesterol y no tenga buena orden. Gracias

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

**NAME/NOMBRE:** Manuel Tijerina **No./Numero:** 10638279

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** none **UNIT/UNIDAD:** SHU 813

**NOTE:** If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
**NOTA:** Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

**DISPOSITION: (DO NOT WRITE IN THIS SPACE)** **DATE/FECHA:** 4-1-13
**DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)**

Usted está en proceso de evaluación para el traslado a Interstate.

[signature]
**Officer/Official**

COPOUT FORM




# BSCC/GEO GROUP. INC.

{ } Airpark { } Cedar Hill { } Flightline { } Interstate

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Sr. Capellan 5/13/13
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Le quiero pedir por favor me de su aprovación (aprove) para que mi familia me envíe o traiga un rosario y mi anillo di matrimonio le agradesco su atención.
208-211L

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina H No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: X UNIT/UNIDAD: Shu 821

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DATE/FECHA: 5-16-13
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Nothing from home - it must come from a store or church. It must be less than $100. No stones - no big chains. Send it to: Chaplain McGuire
1701 Apron Dr.
Big Spring TX 79720
Your Name + #

Chaplain J. McG[illegible]
Officer/Official

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

JAN 23 20__

| TO: (Name and Title of Staff Member) Warden: Elkis (ELLIS) | DATE: 01/19/14 |
|---|---|
| FROM: Manuel Tijerina Herrera | REGISTER NO.: 10638279 |
| WORK ASSIGNMENT: | UNIT: M 4 11-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I send this Request to you for let you Know about my problems (Heart Desease, Hight blood pressure, colesterol, Dia bettes) and I'm not received the medication for my problems, the doctor Know about my problems, I have 26 days without medicine this place is not a medical facility please send me to any medical facility here my medical condition is bad. I'm feel with disorder in my Cardio Vascular Sistem, I have Supported device in my veins, who will be responsable if something hapen to me, I need your help. Please

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Ms Taboy Director Nursing | DATE: 01/19/14 |
|---|---|
| FROM: Manuel Tijerina Herrera | REGISTER NO.: 10638279 |
| WORK ASSIGNMENT: | UNIT: H4 - 11L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This request is directly to acquire the response from your Medical Department regarding my medical condition As I already raised my concern about my blood thickness disorder to the Doctor, I so far haven't received any medication for this treatmen, and I have 26 days with out medicine, or prescription drug. I'll soon suffer a fatal stroke which happened chronically before The doctor know that, I'm carrying a supported device (stends) in my cardio vascular system, which helps dilate the Cloged-up vein, But this device can't function well without required drug "Plavix". Thanks for your concern, and look Forward to receiving your response please help me up.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Mr. Garnto | DATE: 01/19/14 |
| FROM: Manuel Tijerina Herrera | REGISTER NO.: 10638279 |
| WORK ASSIGNMENT: | UNIT: H4 11-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

If you are so kind to pay attention about my Carotid Vascular problems for the last 26 days, the personal medical or Doctor they don't give to me my medication I alredy put a sick call and I don't Have an anwer I think they are playing with my Health or something hapen, I feel very bad for this situation, this place is an unsafe for me the last time wen I was assalted in the Unit & the nurses they don't know what to do with my chest pain, and they take 2 hrs. for send to me at the hospital outside You Know my case, Please help me up Thanks

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Sick Call Request

Note: Per Warden's Memorandum: Bring completed Sick Call Request form and ID with you to Sick Call Sign-Up at Health Services Unit from 6:00 A.M. to 7:00 A.M., Monday through Friday, excluding Federal Holidays. As per Inmate Handbook: you may find yourself seeing a nurse before you see the provider.

Part A: (To be completed by offender in English)

Offender Name: Manuel Tejerina
Date: 11/19/13
BOP No.: 10638279
Work Assignment: ______
Work Hours: ______
Housing: Dorm: 23 Bunk: 12L
School Hours: ______

Services needed:

✓ Medical ______ Dental ______ Optometry
______ Mental Health ______ Medication Refill ______ Other

Reason for Sick Call Request: I have a pain in my Abdomen And stomach and Chest I need see the doctor

How long have you had this problem? 4 days

[signature]
Signature of Offender

Part B: (To be completed by triaging medical personnel)

Vital Signs: ______ Blood Pressure ______ Pulse ______ O2 Sats (if applicable)
______ Temperature ______ Respirations

Referred to Dentist (if applicable): Yes/No (Circle One)

Referred to Mental Health (if applicable): Yes/No (Circle One)

Scheduled for follow up with Nurse (if applicable): Yes/No (Circle One)

______
Date and Time of Scheduled appointment for Nurse

Comments: ______

______
Signature/Authentication Stamp Date Time

Revised 3/2012

**Reeves County Detention Center I/II**
**Health Services Unit**
**Sick Call Request**

Note: Per Warden's Memorandum: Bring completed Sick Call Request form and ID with you to Sick Call Sign-Up at Health Services Unit from 6:00 A.M. to completion of morning mess hall, Monday through Friday, excluding Federal Holidays. As per Inmate Handbook: you may find yourself seeing a nurse before you see the provider.

Part A: (To be completed by offender in English)

Offender Name: Manuel Tijerina
Work Assignment: ______
Housing: Dorm: H4 Bunk: 11L

Date: 1/30/14
BOP No.: 10638279
Work Hours: ______
School Hours: 8:00 to 10:30 am

Services needed:

✓ Medical ______ Dental ______ Optometry
______ Mental Health ______ Medication Refill ______ Other

Reason for Sick Call Request: The righ side of my face is numb please I need see the doctor and my arm is bad I can't sleep for the pain

How long have you had this problem? 6 months

Signature of Offender: [signature]

**Part B: (To be completed by triaging medical personnel)**

Vital Signs: ______ Blood Pressure ______ Pulse ______ O2 Sats (if applicable)
______ Temperature ______ Respirations

Referred to Dentist (if applicable): Yes/No (Circle One)

Referred to Mental Health (if applicable): Yes/No (Circle One)

Scheduled for follow up with Nurse (if applicable): Yes/No (Circle One)

______
Date and Time of Scheduled appointment for Nurse

Comments: ______

Signature/Authentication Stamp Date Time

Revised 3/2012

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) [illegible] | DATE: 2/5/14 |
|---|---|
| FROM: [illegible] | REGISTER NO.: [illegible] |
| WORK ASSIGNMENT: | UNIT: H4 [illegible] |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This request is [illegible] because I need the report of the incident or assault than I had on May 2013 in the unit G3. Please I need the also the copy of the days than I was in the Hospital for the injurys than I had or let me know who can help me to get that information of the Report, please help me with the copy.

Thanks
[illegible signature]

(Do not write below this line)

DISPOSITION:

You are not allowed to have any of these items on your personal property. If your attorney wishes to obtain any of these copies/records, he may request to do so in writing and mail it to the facility.

| Signature Staff Member | Date |
|---|---|
| [illegible signature] | 2/18/14 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER

**INMATE COPY**

THE GEO GROUP INC

INMATE REQUEST TO A STAFF MEMBER

PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Sr. Investigador Franco 12/6/12
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Con todo respeto Sr Franco quisiera saber que va a pasar, si me va a poder ver y ayudar como me dijo con lo del transfer pues me siento muy desesperado y deprimido en este lugar y como tengo problemas medicos pues me afecta mas por tanto problema de salud. Espero me conteste pronto puede ok gracias me llego informacion nueva ok

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL OTRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

205-221L

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: 522

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 12-11-2012
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Señor Tijerina estamos ... [illegible] ... transfer ... mas no se cuanto se tardaran. Como le dije esta gente no creen lo que les dije en su parte. -NFI-

[signature]

THE GEO GROUP, INC.

Big Spring Correctional Center

[ ] Airpark [X] Cedar Hill [ ] Flightline [ ] Interstate

DEC 13 2012

INMATE REQUEST TO A STAFF MEMBER

PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: A. Franco [illegible]

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

A. Franco con esta son [illegible] veces que le mando pedir por este medio, que si me puede hacer saber como va [illegible] del caso por [illegible] [illegible] 3 semanas [illegible] no dicho [illegible] [illegible] [illegible] [illegible] que no [illegible] [illegible] yo [illegible] [illegible] [illegible] y saber

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)

(USE EL OTRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 1063[illegible]

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: SHU UNIT/UNIDAD: SHU [illegible]

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema specificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

DATE/FECHA: 12-13-2012

DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Señor Tijerina ya le a respondido cada vez que usted me manda los cop outs. No se porque no los a recibido. -NFI-

ISTA J.D. Franco

mismo no se a quien acudir por favor ayudame con mi problema, tambien quiero saber los resultados de el dia que fui el hospital por 5 dias por mi problema de corazon quisiera tener el reporte de todo nesesito ayuda por favor.

gracias

Att: Manuel [signature]

RECEIVED
R.P. HSAA

JUN 27 2012

HEALTH SERVICE ADMINISTRATION

JUN 25 2012

THE GEO GROUP, INC.
Big Spring Correctional Center

[ ] Airpark [ ] Cedar Hill [ ] Flightline [✓] Interstate

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

6/20/12

TO/PARA: Sr. Farquhar
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

me permito pedirle si me puede ayudar nesesito un soporte para mi sintura pues estoy herniado y nesesito un soporte para el trabajo y otro para mi brazo, porque despues de los golpes que recibi de los paisas me quedo muy lastimado el cuerpo nesesito su atencion por Favor ayudeme y tengo mucho problema con el balance or equilibrio

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tiscareño H. No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: Cocina UNIT/UNIDAD: E-01-02

I04-023L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su petición, puede ser dispuesta mas rápida y inteligentemente. Usted será entrevistado si es necesario para poder manejar su petición satisfactoriamente. Su negligencia en declarar su problema específicamente puede resultar en que no se tome alguna acción.

D
D
D

**Submit a sick call request form and watch the call-outs for your appointment.**

Rose Perez, HSAA JUN 27 2012

Officer/Official



# CORNELL COMPANIES, INC.

RECEIVED
SEP 2 5 2012
By: Erica Cobos

{ } Airpark {X} Cedar Hill {} Flightline { } Interstate

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Senior Warde
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

I need to Comout of the SHU Thau 2 month Beacauce of my medical Problem I am Sick from my Heart, to be good tacken care of. my wife is talking to my Lawyer I have Done Nothing wrong o Bad It's only a Investigation It taekes to long

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina T. No./Numero: 10638229

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ________ UNIT/UNIDAD: Sho

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DATE/FECHA: 9-26-12
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

You will not be released until the SIS investigation is completed.

Warden [signature]
Officer/Official

COPOUT FORM

ADMINISTRATIVE DETENTION ORDER (BP-308)

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# INMATE'S COPY

BSCC – GEO - Cedar hill Unit
Institution

Date/Time: 11-30-2012 / 11:00pm

TO: Special Housing Unit Officer
FROM CS. J. Calk , (Name/Title)
SUBJECT: Placement of __Mauel , Tijerina______Reg. No. #10638-279 in Administrative Detention.

_______ (a) Is pending a hearing for a violation of Bureau regulations;

_____ (b) Is pending investigation of a violation of Bureau regulations;

_______ (c) Is pending investigation or trial for a criminal act;

_____ (d) Is to be admitted to Administrative Detention.

__X___ (1) since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature /Reg. No. ____________________

Staff Witness Printed Name & Signature ____________________

_______ (2) Since a serious threat exists to individual's safety as perceived ~~by~~ staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

______ (e) Is pending transfer or is in holdover status during transfer

____ (f) Is pending classification; or
______ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Senior Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because

**Inmate Mauel , Tijerina #10638-279 is being placed in administrative detention pending SIS investigation**

Therefore, the above named inmate is placed in Administrative Detention until further notice. The inmate received a copy of this order on (date/time) 11-30-2012 / 11:05pm

Staff Witness Signature/Printed Name ____________________ Date: 11-30-2012

In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.

RECEIVED R.P. HSAA

JUN 27 2012

JUN 25 2012

THE GEO GROUP, INC.

Big Spring Correctional Center

HEALTH SERVICE ADMINISTRATION

[ ] Airpark [ ] Cedar Hill [ ] Flightline [✓] Interstate

INMATE REQUEST TO A STAFF MEMBER

PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Medico Dr. P. Flores 6/20/12
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Ya he puesto Sick Call para poder ver y ser atendido por un medico no por enfermeros por favor quisiera pedirle si me pueden atender pues me siento muy mal por no tener atencion de parte de un Doctor me siento mal y no puedo tener equilibrio o balance despues de la golpizas que me dieron los guardias en Flightline y por lo →

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina H. No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: Cocina UNIT/UNIDAD: E-01-02

I04-023L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su petición, puede ser dispuesta mas rapida y inteligentemente. Usted será entrevistado si es necesario para poder manejar su petición satisfactorinmente. Su negligencia en declarar su problema puede resultar en que no se tome alguna acción.

**Submit a sick call request form and watch the call-outs for your appointment.**

JUN 27 2012

Rose Perez, HSAA.

Officer/Official