# EXHIBIT B

Macarena Tejerina

3006 Prairie Place

Sugar Land, TX. 77479

**REEEVES COUNTY DETENTION CENTER COMPLEX (R1 & R2)**

98 West County Rd. 204 P. O. Box 1560 Pecos, TX. 79772

**LETTER TO NOTIFY**

Dear Mr. Lavugatn Ganto

Assistant Warden of Program

This is to notify that we are aware that Correctional staff is available to the inmate population twenty-four hours a day to ensure any issues that arise are handled in an appropriate and timely mater.

We have known that our family member Manuel Tijerina No. 10638278, who is serving time in this facility and who has suffered an assault in this facility on November 2013 (there is a medical record of that incident, video, and staff report) has been transferred to a unit where the aggressor is housing about two weeks ago. The purpose from that movement is unknown; the only thing we know is that Manuel Tijerina is in risk of his life. The facility has placed Mr. Manuel tijerina in this unit with his aggressor in erroneous proceedings knowingly and intelligent, after his aggressor was release from SMU (segregation).

This letter is to notify you if something happen to Manuel Tijerina as a result of this movement with his aggressor, the facility will be responsible for any incident may occurred.

The United States Constitution and State laws protect prisoners certain acts of violence and harassment, including attacks, rapes, and other forms of assault.

**Protection from Assault Under the Eighth Amendment**

This Section is about the right of convicted state and federal prisoners to be free from assault under the Eighth Amendment, which prohibits "cruel and unusual punishment." Under the Eighth Amendment, prison officials cannot use excessive physical force against prisoner or deliberately allow to be seriously injured by someone else. Under the Eighth Amendment there

is prove that successfully show that an assault against Mr. Tijerina violated the Eighth Amendment. There show what the prison official is thinking or knew that assault against Mr. Tijerina will occurred (this is assault's subjective component, explained in Part B(2)(a)). We are showing that how a prison official's actions caused Mr. Tijerina to be in "substantial risk of serious harm" of being attacked by another prisoner (this is assault's objective component, explained in Part B(2)(b)).

To summarize, we show subjective component: that prison officials are acting with a sufficiently culpable (guilty enough) if anything happen to Mr. Tijerina, because they now that the aggressor is housing now with Mr. Tijerina.

## STATE OF MIND

An objective component: Mr. Tijerina was injured on Nov. 2013 by another prisoner, somehow now placed in substantial risk of serious injury or to lose his life for being placed housing with his aggressor.

Subjective Component—Culpable State of Mind

The subjective component of assault means that we are proving what the prison official are thinking or know that he will be assaulted. There are two different standards (See the *Hudson* and *Farmer* standards) for the subjective component. The standard used depends on who assaulted you: a prison official or another prisoner. If an official hurt you, courts use the *Hudson* standard to look at whether the guard used force as part of his job to keep the prison safe and orderly, or instead whether the guard's force was intended to cruelly hurt you for no legitimate reason. If another prisoner hurt you, courts use *Farmer* to look at whether the prison officials knew about the danger to you but did not stop or act to prevent the assault. In this particular case we will use *Farmer* standard because the prison official knowingly and intelligent are placing Mr. Tijerina in danger and not acting to prevent assault.

Respectfully Submitted ______________________

Date: March 3, 2014 Macarena Tijerina

## PROOF OF SERVICE

RECEIVED

FEB 08 2013

HEALTH SERVICE ADMINISTRATION

Big Spring Correctional Center

[ ] Airpark [ ] Cedar Hill [ ] Flightline [ ] Interstate

SHU

INMATE REQUEST TO A STAFF MEMBER
PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Medico 1/10/13
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Necesito ver al doctor sigo con dolores en el lado Izquierdo y el cuello y Cabeza por favor necesito Atencion gracias

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

205-061LAD

NAME/NOMBRE: Manuel Trejo [illegible] No. /Numero: 10638277

ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: Shu 518

If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Su negligencia en ... sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en ... su problema especificamente puede resultar en que no se tome alguna accion.

FEB 0 8 2012

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DATE/FECHA: ______
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Submit a sick call

[signature] HSA

**THE GEO GROUP, INC.**

**Big Spring Correctional Center**

{ } Airpark { } Cedar Hill {X} Flightline { } Interstate

RECEIVED
FEB 07 2013
By

# INMATE REQUEST TO A STAFF MEMBER

# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Miss Ramirez 2/6/13
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

le pido por favor, revise si ya me regresaron la visita, pues espero que pronto venga mi familia a verme pues el castigo era asta el dia 6 de Febrero gracias por su atención y tambien me avise si ya esta archivado mi transfer me contesto el BOP que preguntara al Unit Team

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: SHU 506

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 2-8-13
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

El castigo ha terminado, ahora se puede tener visitas

[signature]
Officer/Official

RECEIVED R.P. HSAA FEB 04 2013 HEALTH SERVICE ADMINISTRATION

Big Spring Correctional Center

{ } Airpark { } Cedar Hill {X} Flightline SHU { } Interstate

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Medico
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Sigo con mucho dolor en el lado izquierdo des de la cabeza hasta el cuello ya tengo 20 dias con el dolor, por favor necesito que me vea el medico gracias

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel [illegible] No./Numero: 10638979

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: SHU 504

205 D00 LAD

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

you need to fill out a sick call request form and have it ready for the nurse to pick up.

FEB 05 2012

[signature] HSA
Officer/Official

RECEIVED

FEB 12 2013

HEALTH SERVICE ADMINISTRATION

# THE GEO GROUP, INC.

Big Spring Correctional Center

FEB 04 2013

{} Airpark {} Cedar Hill {X} Flightline {} Interstate

SHU

## INMATE REQUEST TO A STAFF MEMBER

## SOLICITACION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: medico 2/4/13

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

tengo muchos dolores en el lado Izquierdo de mi Cabeza y Cuello, por favor, son dolores muy fuertes que no me dejan dormir por favor nesesito ver al doctor gracias yo tengo Historia de Infartos nesesito ver a un doctor

( USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)

(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

705-001LAC

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: SHU 504

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT ...

**Submit a sick call request form and watch the call-outs for your appointment.**

FEB 12 2012

Rose Vega
Medical Admin. Assistant

RECEIVED
R.P. HSAA
FEB 04 2013

# CORNELL COMPANIES, INC.

{ } Airpark { } Cedar Hill { X } Flightline { } Interstate

SHM

INMATE REQUEST TO A STAFF MEMBER

HEALTH SERVICE ADMINISTRATION

PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

JAN 28 2013

TO/PARA: Medico 1/26/13

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Nec. Cuello

tengo mucho dolores de Cabeza y [illegible] no me han dado atencion para eso por favor necesito ver al doctor no puedo dormir cuando me da el dolor, ya tengo 3 semanas con esos dolores gracias por su atencion

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638277

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: SHU 504

205-061 LAD

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE) DATE/FECHA: ______
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

**you need to fill out a sick call request form and have it ready for the nurse to pick up.**

FEB 05 2012

R[illegible], HSAA

Officer/Official

COPOUT FORM

INMATE'S COPY

RECEIVED
JAN 28 2013
By______

THE GEO GROUP, INC.

Big Spring Correctional Center

{ } Airpark { } Cedar Hill {X} Flightline { } Interstate

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Sr. Guardian Dudds 1/25/13
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

le quiero pedir que me de una llamada de telefono, por el martes pasado recibí una carta de mi familia donde me dicen de la muerte de una prima mia y necesito hablar para ver como estan todos, porfavor se lo pido gracias

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: ~~SHU~~ 504 506

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 2-3-13
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

You HAVE NO Phone Restrictions - You need to complete the phone Request

D. Dubbs Deputy Warden
Officer/Official

504

Big Spring Correctional Center

{ } Airpark { } Cedar Hill {X} Flightline { } Interstate

JAN 17 2013
By

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Miss Ramirez Case manager Flight line
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Nesesito una pluma para unas cartas y cosas legales que nesesito mandar por favor y saber que paso con mi transfer ya tengo mas de 50 dias en el poso por eso y 5 meses por lo de mas me puede decir cuando mandaron mis papeles por favor gracias

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: SHU 504

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 1-17-13
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Your transfer packet is at the CMC for review I do not have any pens, pens are not allowed in SHU.

[signature]
Officer/Official

518

RECEIVED JAN 07 2013

# THE GEO GROUP, INC.

## Big Spring Correctional Center

{} Airpark {} Cedar Hill {X} Flightline {} Interstate

## INMATE REQUEST TO A STAFF MEMBER
## PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Case [illegible] 1/3/13

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

[illegible] mandó [illegible] para el transfer [illegible] [illegible] 15 días [illegible]

( USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel [illegible] No./Numero: [illegible]

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: [illegible] UNIT/UNIDAD: [illegible]

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

DATE/FECHA: 1-7-13

DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Your casemanager is working on your transfer packet. Your points are 13 low

[signature]

The Geo Group Inc.
CEDAR HILL UNIT

JAN 0 2 2013

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

**TO/PARA:** Sr. Zarate - DHO 12/26/12
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Con todo Respeto le quisiera pedir si puede atenderme, pues Usted me dijo que no me quitaría la visita el día que lo vi, si mal no recuerdo fue el 12/28/12 ese día usted solo me quito comisaria y telefono, me dejo la visita lo cual yo le agradeci mucho pero ahora resulta que la tengo suspendida

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

**NAME/NOMBRE:** Manuel Tijerina H. **No./Numero:** 10638279

**WORK ASSIGNMENT/ASIGNACION DE TRABAJO:** ______ **UNIT/UNIDAD:** SHU 205-18 LWAD

**NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.**
**NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.**

**DISPOSITION: (DO NOT WRITE IN THIS SPACE)** **DATE/FECHA:** 1-2-13
**DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)**

I have spoken to Captain Oviedo about this issue. It has been corrected. You are allowed to have visitation.

[signature] DHO
**Officer/Official**

COPOUT FORM

DEC - 2 2012

THE GEO GROUP, INC.

Big Spring Correctional Center

[ ] Airpark [X] Cedar Hill [ ] Flightline [ ] Interstate RECEIVED

INMATE REQUEST TO A STAFF MEMBER DEC 12 2012

PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: D. Franco [illegible]
(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

D. Franco con esta son [illegible] veces que le mando pedir por este medio, que si me puede hacer saber como va [illegible] del caso por [illegible] [illegible] 3 semanas y no [illegible] han dicho. solo [illegible] [illegible] [illegible] [illegible] que [illegible] y [illegible] que no [illegible] pero yo [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] y saber [illegible]

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL OTRO LADO DE LA HOJA SI MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Manuel Tijerina No./Numero: 1063522 [illegible]

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: SHU UNIT/UNIDAD: SHU 5 [illegible]

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema specificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 12/13-2012
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Señor Tijerina ya le a respondido cada vez que usted me manda los copouts. No se porque no los a recibido. - NFT -

STA J.D. Franco

**INMATE COPY**

THE GEO GROUP, INC

Big Spring Correctional Center

INMATE REQUEST TO A STAFF MEMBER

PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Sr. Investigador Franco 12/6/12

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE, AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA ASISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Con todo respeto Sr. Franco quisiera saber que va a pasar, si me va a poder ver y ayudar como me dijo con lo del transfer pues me siento muy desesperado y deprimido en este lugar y como tengo problemas medicos pues me ahoga mas por tanto problema de salud. Espero me conteste pronto puede ok gracias me llego informacion nueva. ok

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)

(USE EL OTRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

205-221L

NAME/NOMBRE: Manuel Tijerina No./Numero: 10638279

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: ______ UNIT/UNIDAD: 522

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

DATE/FECHA: 12-11-2012

DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Senor Tijerina usted si va a salir pronto por un transfer [illegible] mas no se cuanto se tardara. Como le dije esta gente no creen lo que les dije en su parte. -NFT-

[signature]

Macarena Tejerina
3006 Prairie Place
Sugar Land, TX. 77479

**REEEVES COUNTY DETENTION CENTER COMPLEX (R1 & R2)**

98 West County Rd. 204 P. O. Box 1560 Pecos, TX. 79772

**MEDIAL TRANSFER REQUEST**

Dear Ms. Tabor
Health Department Director

This letter is to request to you transfer for our family member Manuel Tijerina No. 10638278 based on medical condition whether Mr. Manuel is not receiving proper medical attention. There is valid reason determinate for transfer based on medical condition that cannot be adequately treated at your current facility.

Mr. Manuel Tijerina has filed many medical request and never been attended, we are not arguing that he has a crime and is serving time as mandated by law. Mr. Manuel has suffered in the confinement of the local prison.

We have been informed that he is suffering from heart disease, high blood pressure, cholesterol, and diabetes; we have been informed that is not receiving his medication for cardio vascular device, He is about to suffer a fatal stroke as consequence of his medical need it.

We have been informed that he is requesting, medical attention without response (Attached is some of those request).

Urgently needs to be transferred to a different facility in order to receive an appropriate medical attention. Additionally, Mr. Tijerina has suffered an assault in this facility on November 2013 (there is a medical record of that incident, video, and staff report) has been transferred to a unit where the aggressor is housing about two weeks ago. The purpose from that movement is unknown; probably for retaliatory reason due to request filed by Mr. Manuel within the case manager Office the only thing we know is that Manuel Tijerina is in risk of his life. The facility

has placed Mr. Manuel tijerina in this unit with his aggressor in erroneous proceedings knowingly and intelligent, after his aggressor was release from SMU (segregation).

Mr. Tijerina feels that his life is in danger at this current facility, there is not difficult to prove because there is prior incidents have occurred. There is record of such incidents that the facility has denied releasing to Mr. Tijerina. We like to request to you with due respect to execute a medical examination from you unit health care provider. Mr. Tijerina has medical history that is proper for transfer.

**Source of the Right to Adequate Medical Care**

The Eighth Amendment of the Constitution protects prisoners from "cruel and unusual punishment." The U.S. Supreme Court has decided that failing to provide medical care to prisoners violates this amendment. In 1976, the Court explained in Estelle v. Gamble that "deliberate indifference"—purposely ignoring the "serious medical needs" of prisoners—amounts to "cruel and unusual punishment" forbidden by the Eighth Amendment.

In addition, the Supreme Court ruled that claims for a violation of the right to medical care have an objective component and a subjective component. Mr. Tijerina has prove that the harm was "sufficiently serious" (the objective component) Mr. Tijerina also show that the prison official responsible for the harm knew and ignored "an excessive risk to [the] inmate ['s] health or safety" (the subjective component). Since deciding Estelle, the courts have tried to clarify the meaning of "serious medical need" and "deliberate indifference."

The U.S. Constitution requires officials to provide all state and federal prisoners and pretrial detainees with adequate medical care.

Here, the request is based in medical and safety reason, we are requesting transfer to a different facility, we beg Ms. Tabor grant this request.

Respectfully submitted

Date: March 3, 2014

Macarena Tijerina

Macarena Tijerina
3006 Prairie Place
Sugar Land, TX. 77479

**REEVES COUNTY DETENTION COMLEX (R1 & R2)**

*Hardship and Medical Transfer Letter*

**Attn: Ms. Fuentes**
Case Manager

I am writing to request a hardship and Standards on Treatment of Prisoner transfer for my brother Manuel Tijerina # 10638279 from his current facility. Reeves County Detention Complex is presently in 98 West County Road 204, which is over 600 miles away from my home. Manuel Tijerina has been diagnosed with heart problems condition and has a heart surgery. We can no longer travel that distance to see him, so I hope He can move closer to me and had better medical attention.

Mr. Manuel Tijerina need medication attention, and is not receiving medication that is very important for his medical problem. Mr. Tijerina recently has had two heart attacks and is not receiving the proper attention. Mr. Tijerina had wrote several times with the Medical Department and is not receiving response nor attention, Mr. Tejerina has file a medical request as an appropriate way and is not been attended for his medication need it, and he did not receive more adequate medication for over seventeen days after his diagnosis of heart problem and medication need it.

Mr. Tijerina is claims that at Reeves County Detention Complex where he is housed as a prisoner are in violation of his Due Process Clauses of the Fifth and Fourteen Amendments by no providing appropriate medical care for painful heart problems.

(a) Correctional authorities should ensure that:

(i) A qualified health care professional is designated the responsible health authority for each facility, to oversee and direct the provision of health care in that facility;

Macarena Tijerina
3006 Prairie Place
Sugar Land, TX. 77479

(ii) Prisoners are provided necessary health care, including preventive, routine, urgent, and emergency care;

(iii) Such care is consistent with community health care standards, including standards relating to privacy except as otherwise specified in these Standards;

(iv) special health care protocols are used, when appropriate, for female prisoners, prisoners who have physical or mental disabilities, and prisoners who are under the age of eighteen or geriatric; and

(v) Health care that is necessary during the period of imprisonment is provided regardless of a prisoner's ability to pay, the size of the correctional facility, or the duration of the prisoner's incarceration.

(b) Prisoners should not be charged fees for necessary health care.

(c) Dental care should be provided to treat prisoners' dental pain, eliminate dental pathology, and preserve and restore prisoners' ability to chew. Consistent with Standard 23-2.5, routine preventive dental care and education about oral health care should be provided to those prisoners whose confinement may exceed one year.

(d) Prisoners should be provided timely access to appropriately trained and licensed health care staff in a safe and sanitary setting designed and equipped for diagnosis or treatment.

(e) Health care should be based on the clinical judgments of qualified health care professionals, not on non-medical considerations such as cost and convenience. Clinical decisions should be the sole province of the responsible health care professionals, and should not be countermanded by non-medical staff. Work assignments, housing placements, and diets for each prisoner should be consistent with any health care treatment plan developed for that prisoner.

(f) Prisoners should be provided basic educational materials relating to disease prevention, good health, hygiene, and proper usage of medication.

**Response to prisoner health care needs**

(a) Correctional authorities should implement a system that allows each prisoner, regardless of security classification, to communicate health care needs in a timely and confidential manner to

Macarena Tijerina
3006 Prairie Place
Sugar Land, TX. 77479

qualified health care professionals, who should evaluate the situation and assess its urgency. Provision should be made for prisoners who face literacy, language, or other communication barriers to be able to communicate their health needs. No correctional staff member should impede or unreasonably delay a prisoner's access to health care staff or treatment.

(b) A prisoner suffering from a serious or potentially life-threatening illness or injury, or from significant pain, should be referred immediately to a qualified medical professional in accordance with written guidelines. Complaints of dental pain should be referred to a qualified dental professional and necessary treatment begun promptly.

(c) When appropriate, health care complaints should be evaluated and treated by specialists. A prisoner who requires care not available in the correctional facility should be transferred to a hospital or other appropriate place for care.

***Hardship Transfers***

I am requesting an administrative process for prisoners to change units because their close family members are hard to travel a great distance to visit our family member Mr. Manuel Tijerina. Like all transfer requests, the TDCJ has the discretion to grant the request. I am requesting for a unit transfer so that our family member can be near a family member who is having a medical ill, and we cannot travel a great distance to visit the our brother.

Respectfully Submitted

Date: 1/27/2014

______________________________

Macarena Tijerina

SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Mr. [illegible] Angel Fuentez | DATE: 2/5/14 |
|---|---|
| FROM: Manuel Tijerina Herrera | REGISTER NO.: 10638749 |
| WORK ASSIGNMENT: | UNIT: H4 116 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This request is [illegible] because I need the report of the incident or assault than I had on Nov 2013 in the Unit C3. Please I need the also the copy of the days than I was in the Hospital for the injurys than I had or let me know who can help me to get that information of the Report, please help me with the copy

Thanks
[signature]

(Do not write below this line)

DISPOSITION:

You are not allowed to have any of these items on your personal property. If your attorney wishes to obtain any of these copies/records, he may request to do so in writing and mail it to the facility.

| Signature Staff Member | Date |
|---|---|
| [signature] | 2/10/14 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER